IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>RICHARD PHILIPPE | Magistrate No.<br><br>2:19-MJ-31 |

**Government's Motion for Leave to File Dismissal**

The District of Massachusetts has charged Richard Philippe in 1:19-MJ-7256. Thus, in the above-styled case, that by the authority of the undersigned, the Complaint, filed July 2, 2019, charging violations of 18 U.S.C. Sections 922(a)(5), 924(n), and 2, is dismissed as to Richard Philippe, and Movant prays leave of Court to file the same.

Respectfully submitted,

BYUNG J. PAK
*United States Attorney*

By: Jennifer Keen
*Assistant United States Attorney*
Georgia Bar No. 231778
Jennifer.Keen@usdoj.gov

Consented to by Defendant
[F.R.Crim.P. Rule 48a]

---

**Order**

Now, to-wit, on the  29th  day of  July   , 20 19 , upon motion of the United States Attorney, leave to file the above dismissal is granted on such terms as are

contained in the Government's motion herein above.

/s/ J. Clay Fuller
_____
J. CLAY FULLER
UNITED STATES MAGISTRATE JUDGE